UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL ATTARD, on behalf of
Shania Chockren,

      Plaintiff,

v.                                  Case No:   8:24-cv-1740-JLB-TGW

SHERIFF DEPARTMENT and
PROSECUTOR,

      Defendants.
_____/

## ORDER

      The Magistrate Judge has entered a Report and Recommendation, recommending that this case be dismissed with prejudice because Plaintiff cannot sue on behalf of a third-party as detailed in the Report and Recommendation. (Doc. 3).  No party has objected, and the time to do so has expired.

      A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

      Here, after an independent review of the entire record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and made a part of this Order for all purposes.

2. This case is **DISMISSED WITH PREJUDICE** because Plaintiff cannot sue on behalf of a third-party as detailed in the Report and Recommendation.

3. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Tampa, Florida on October 31, 2024.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE